**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Bryan Torr | § § | |
| *versus* | § § | Case Number: 4:18−cv−02908 |
| Rowan Companies, Inc. | § § | |

# Notice of Reassignment

    Pursuant to Special Order No. 2019−3, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 3, 2019

David J. Bradley, Clerk